IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CHARLES GREEN,** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-16-2367 |
| **SOUTHWEST CREDIT SYSTEMS, L.P.,** | * | |
| Defendant | * | |

## ORDER

In accordance with the foregoing memorandum, IT IS HEREBY ORDERED that Defendant's motion for judgment on the pleadings (ECF No. 15) IS GRANTED and this case IS DISMISSED WITHOUT PREJUDICE.

DATED this 1st day of December, 2016.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge